JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> v. <br><br> OPTICAL SYSTEMS DESIGN LLC, <br><br> Defendant. <br> OPTICAL SYSTEMS DESIGN LLC, <br><br> Counter-Claimant, <br><br> v. <br><br> SYNOPSYS, INC., <br><br> Counter-Defendant. | Case No. 2:24-cv-10515-DSF-JC <br><br><br> **JUDGMENT** |

Upon review and consideration of the Stipulation of Synopsys, Inc. ("Synopsys") and Optical Systems Design LLC ("OSD"), it is hereby ORDERED that:

1. Judgment is hereby entered in favor of Synopsys, and against OSD, as to Counts I, II, and III of Synopsys' Amended Complaint (ECF 40);
2. OSD's Amended Counterclaim (ECF 59) is hereby dismissed with prejudice;
3. The parties shall bear their own attorneys' fees, expenses, and costs;
4. All pending motions by Synopsys and OSD are hereby denied as moot.

Dated: January 7, 2026

_____
Dale S. Fischer
United States District Judge

1